(9/16) Complaint for a Civil Case

Middle District of Georgia   FILED '21 04 15 AM 09:53 MDGA-ALB

Appendix A

Kiara D. Davis
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

B&B Inc. DBA Blackbeards Seafood
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:21-CV-62
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   ☐ Yes   ☐ No

# COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kiara D. Davis
Street Address: 2604 Devon Dr.
City and County: Albany, Dougherty County
State and Zip Code: Georgia, 31721
Telephone Number: 229-349-8587
E-mail Address: Kiara Kennbrew89@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: B&B Inc., DBA Blackbeards Seafood
Job or Title (if known): Manager (Brian Wiggins)
Street Address: 2200 N. Slappey Blvd
            Albany, GA 31701

19

   City and County

   State and Zip Code

   Telephone Number

   E-mail Address *(if known)*

  Defendant No. 2

   Name

   Job or Title *(if known)*

   Street Address

   City and County

   State and Zip Code

   Telephone Number

   E-mail Address *(if known)*

  Defendant No. 3

   Name

   Job or Title *(if known)*

   Street Address

   City and County

   State and Zip Code

   Telephone Number

   E-mail Address *(if known)*

  Defendant No. 4

   Name

   Job or Title *(if known)*

   Street Address

   City and County

   State and Zip Code

   Telephone Number

   E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

  [x] Federal question    [ ] Diversity of citizenship

20

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The eeoc is Representing me.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff. (name) Kiara D. Davis . is a citizen of the State of (name) Albany GA, 2604 Devon Dr. 31721

    b. If the plaintiff is a corporation
       The plaintiff. (name) _____ . is incorporated under the laws of the State of (name) _____
       and has its principal place of business in the State of (name) _____

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant. (name) _____ . is a citizen of the State of (name) _____ . Or is a citizen of (foreign nation) _____ .

    b. If the defendant is a corporation
       The defendant. (name) _____ . is incorporated under the laws of the State of (name) _____ . and has its principal place of business in the State of (name) _____
       Or is incorporated under the laws of (foreign nation) _____
       and has its principal place of business in (name) _____

21

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

He was Charged with assault to employee, And Discrimination of Race, I feel like I should get at least to up to 200,000 Ive been suffering with anxiety, cant rest, stomach pains, etc.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Kiaya Davis, was assaulted by my manger (Brian Williams) At BlackBeards, He hit me with a broom and Dust Pan in my Stomach, And Also put his index finger and Mashed me in my forehead in front of Customers, an Coworkers.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I've been Struggle Since this incident, me and my kids had to leave where we was do to them telling me not to come back to there Job. Do to what happen to me.

22

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/14/21

Signature of Plaintiff: Kiara D. Davis
Printed Name of Plaintiff: Kiara D. Davis

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

**APPENDIX B**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ___N/A___
(Name of pleading)

was mailed/delivered to _____ at _____
(Name of defendant(s) or          (Physical or E-Mail Address)
defendant's attorney)

_____
(Signature and date)

_____
(Address)

_____
(Phone Number)

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Klara Davis<br>2604 Dezon Dr<br>Albany, GA 31721 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2020-11036 | Larry E. Satterwhite, Sr.<br>Investigator | (404) 562-6855 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Derick Newton    For    8-21-2020

Enclosures(s)      Darrell E. Graham,<br>District Director      *(Date Mailed)*

cc:
**HR Manager**
**B&B INC. DBA BLACKBEARDS SEAFOOD**
2209 N. Slappy Boulevard
Albany, GA 31701

04/14/21

To Whom It Might Concern I Kiara D. Davis I was Offended, Embarressed, hurt, I've cried many nights over the action of (Brian Williams) of Blackbeards, Whom was a manger, I didn't feel that No manger would treat a hard working employee the way he did me, Hitting me with a Broomstick, And Dustpan, And Pushing me in my face with his Index finger. However I thought my case was finished by now. But was given the wrong Information to Send My complaint to the Location in Macon. But as of today 04/13/21 I Reached out to find out that My Case was Dismissed Due to the information was Sent to Macon. The last notice I Received was 02-10-21, Say that they had a Extended Moratorium date until 04/04/21. Therefore I called And Spoke to a Clerk in middle Georgia Concerning my paperwork. And was told It was Dismissed. So the clerk gave me the information to the one in Albany GA. I Called And Spoke with Someone in front office. After Discussing what happens. And we told me to Come in and Refile my case. But in my waiting. I've been without a Job leaning on my parents

for help with my bills. And with taking care my children and my needs to live. Although I've been through all the changes I know God havent left me; I know I had to go through to get through. Now I understand while the words was said, so In my closing I will stand until my changes come. Thank you.

Kiara D. Davis

May God Bless you!